1  Robert G. Klein, Esq., State Bar No. 128550
   LAW OFFICE OF ROBERT G. KLEIN
2  555 West 5th Street, 31st Floor
   Los Angeles, California 90013-1010
3
   Telephone: (213) 996-8508
4  Facsimile: (213) 947-1441

5
   Attorneys for Plaintiff Acme Studios, Inc., a corporation
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

| 11 | ACME STUDIOS, INC.., a corporation, | CASE NO. C 05-04962 MHP |
|---|---|---|
| 12 | Plaintiff, | Hon. Marilyn Hall Patel |
| 13 | vs. | |
| 14 | ACME MADE, an Oregon corporation; TONIC WEAR, INC., a California corporation; and DOES 1 through 100 inclusive. | Action Filed: December 1, 2005 in Northern District |
| 15 | | STIPULATION TO EXTEND TIME TO COMPLETE EARLY NEUTRAL EVALUATION CONFERENCE; ~~PROPOSED~~ ORDER |
| 16 | | |
| 17 | Defendants. | |

22      The Parties agreed and the Court ordered the Parties to complete their Early Neutral
23 Evaluation (ENE) conference by May 31, 2006.
24      Based upon prior commitments of the parties the parties will be unable to complete the
25 ENE by May 31, 2006 and request the Court continue the ENE completion date until July 31,
26 2006:
27      ///
28      ///

                                        1

Stipulation To Extend Time to Complete Early Neutral Evaluation Conference; Proposed Order

1     **IT IS STIPULATED AND AGREED** that the parties will have until July 31, 2006
2 to complete the ENE.

3

4 Dated: May 1, 2006

                                       LAW OFFICE OF ROBERT G. KLEIN

                                       By: _[signature]_
                                       Robert G. Klein, Esq.
                                       Attorneys for Plaintiff Acme Studios, Inc., a corporation

Dated: May 1, 2006

                                       Liner Yankelevitz Sunshine & Regenstreif LLP

                                       By: _Gregory Rutchik_ (Digitally signed by Gregory Rutchik, DN: CN = Gregory Rutchik, C = US, Date: 2006.05.01 12:11:01 -07'00')
                                       Gregory Rutchik, Esq.
                                       Attorney for Defendants Tonic Wear & Acme Made

        **IT IS SO ORDERED**

Dated: May 2, 2006



IT IS SO ORDERED
Judge Marilyn H. Patel

(Left margin: LAW OFFICE OF ROBERT G. KLEIN, 555 WEST FIFTH STREET, 31ST FLOOR, LOS ANGELES, CALIFORNIA 90013-1010, TELEPHONE (213) 996-8508)