Robert G. Klein, Esq., State Bar No. 128550
LAW OFFICE OF ROBERT G. KLEIN
555 West Fifth Street, 31st Floor
Los Angeles, California 90013-1010

Telephone: (213) 996-8508
Facsimile: (213) 947-1441

Attorneys for Plaintiff Acme Studios, Inc.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ACME STUDIOS, INC., a corporation, | CASE NO. 05 CV-4962 MHP |
| Plaintiff, | Hon. Marilyn Patel |
| vs. | **STIPULATION TO EXTEND DISCOVERY AND PROPOSED ORDER THEREON** |
| ACME MADE, an Oregon corporation; TONIC WEAR, INC., a California corporation; and DOES 1 through 100 inclusive. | |
| Defendants. | |

The parties enter into the following stipulation to extend discovery pursuant to Local Rule 6.2 based upon the following facts to which the parties through their counsel declare to be true:

1. The parties engaged in a court ordered ENE on July 10, 2006 in San Francisco.

2. Immediately following the ENE the parties engaged in a mediation and appeared to be close to reaching a settlement.

3. Thereafter Defendant's counsel prepared a Settlement Agreement and Mutual Release.

4. Plaintiff's principals traveled on business to New York, Europe and Asia for about seven (7) weeks returning to their home in Hawaii in late September, 2006.

5. While Plaintiffs were traveling the parties attempted to refine the settlement agreement, however it was difficult for Plaintiffs to receive all the draft proposals during their travels. As a result the settlement has yet to be finalized.

6. The discovery cut-off was originally set for Saturday October 7, 2006 pursuant a scheduling order. The parties are proposing to extend discovery until November 30, 2006 as further set forth herein.

7. On October 4, 2006 Plaintiff filed an *ex parte* application to stay scheduled depositions based upon insufficient notice and conflicting locations and times. The Court stayed those depositions and ordered the parties to meet and confer so as to schedule them for mutually convenient dates and locations in the next two weeks.

8. With the intent of spending the next two weeks working jointly to resolve and settle this matter, the parties agree to extend discovery as described herein.

**IT IS HEREBY AGREED AND STIPULATED BY AND BETWEEN THE PARTIES AS FOLLOWS:**

1. With the exclusion of expert witnesses the discovery cut-off date shall be on November 30, 2006;

2. The only discovery that will be allowed is the deposition of Kit Dombrowski, Darrlyann Kaun, Acme Studios, Mark Loncar, Tonic Wear and expert witness depositions;

3. The deposition of Acme Studios shall take place in Hawaii at a date agreeable to the parties but not before November 10, 2006;

4. The deposition of Mark Loncar and Tonic Wear shall be held in Montana and Portland, Oregon respectively unless otherwise agreed at a date to be determined and shall occur after the deposition of Acme Studios;

5. The deposition of Kit Dombrowski shall take place in San Francisco at a date to be determined based upon availability of the witness and counsel's schedule;

6. The deposition of Darrlyann Kaun shall take place in Los Angeles at a date to be determined based upon availability of the witness and counsel's schedule;

7. The parties shall meet and confer regarding settlement before the scheduling of

any of the above depositions;

8. The parties shall exchange expert witness information including resumes and reports by November 30, 2006. The previous date for this exchange was October 7, 2006;

9. The rebuttal exchange of expert witness information was originally November 7, 2006 shall be continued until December 7, 2006.

10. Expert witness depositions shall be completed by January 7, 2007. The previous date for the completion of expert witness depositions was December 7, 2006.

Dated: October 6, 2006

LAW OFFICE OF ROBERT G. KLEIN

By: _____
Robert G. Klein, Esq.
Attorney for Plaintiff Acme Studios

Dated: October 6, 2006

LINER, YANKELEVITZ

By: _____
Joshua Levenberg, Esq.
Attorneys for Defendant Tonic Wear dba Acme Made

# ORDER

**IT IS ORDERED** that with the exclusion of expert witnesses the discovery cut-off date shall be on November 30, 2006;

**IT IS FURTHER ORDERED** that he only discovery that will be allowed is the deposition of Kit Dombrowski, Darrlyann Kaun, Acme Studios, Mark Loncar, Tonic Wear and expert witness depositions;

**IT IS FURTHER ORDERED** the deposition of Acme Studios shall take place in Hawaii at a date agreeable to the parties but not before November 10, 2006;

**IT IS FURTHER ORDERED** the deposition of Mark Loncar and Tonic Wear shall be held in Montana and Portland, Oregon unless otherwise agreed, at a date to be determined and shall occur after the deposition of Acme Studios;

**IT IS FURTHER ORDERED** the deposition of Kit Dombrowski shall take place in San Francisco at a date to be determined based upon availability of the witness and counsel's schedule;

**IT IS FURTHER ORDERED** the deposition of Darrlyann Kaun shall take place in Los Angeles at a date to be determined based upon availability of the witness and counsel's schedule;

**IT IS FURTHER ORDERED** the parties shall meet and confer regarding settlement before the scheduling of any of the above depositions;

**IT IS FURTHER ORDERED** the parties shall exchange expert witness information including resumes and reports by November 30, 2006;

**IT IS FURTHER ORDERED** the rebuttal exchange of expert witness information was shall be continued until December 7, 2006.

**IT IS FURTHER ORDERED** expert witness depositions shall be completed by January 7, 2007.

///

///                                                              10/10/2007

IT IS SO ORDERED
Judge Marilyn H. Patel

4

1
2  Dated: _____
3
4                                          _____
                                           Marilyn Hall Patel
                                           United States District Court Judge

LAW OFFICE OF ROBERT G. KLEIN
555 WEST FIFTH STREET, 31ST FLOOR
LOS ANGELES, CALIFORNIA 90013-1010
TELEPHONE (213) 996-8508