Gregory Alan Rutchik, Esq. (SBN: 195423)
grutchik@linerlaw.com
Joshua S Levenberg, Esq. (SBN: 203504)
jlevenberg@linerlaw.com
LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP
199 Fremont Street, 20th Floor
San Francisco, CA 94105-2255
Telephone: (415) 489-7700
Facsimile: (415) 489-7701



Attorneys for Defendant and Counterclaimant
TONIC WEAR, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACME STUDIOS, INC., a Hawaii corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TONIC WEAR, INC., a California corporation;, <br><br> Defendant. | 3:05-cv-04962-MHP <br><br> **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND COUNTERCLAIMS** <br> **[F.R.C.P. 41(a)(1)(ii)]** <br><br> Date Action Filed: June 21, 2005 |
| TONIC WEAR, INC., a California corporation, <br><br> Counterclaimant, <br><br> vs. <br><br> ACME STUDIOS, INC., a Hawaii corporation, <br><br> Counterdefendant. | |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES AND THEIR ATTORNEYS-OF-RECORD HEREIN THAT:

WHEREAS on November 16, 2006, Plaintiff and Counterdefendant Acme Studios, Inc. ("Acme Studios") and Defendant and Counterclaimant Tonic Wear, Inc. ("Tonic") entered into a settlement agreement and mutual release resolving their various

differences and settling the disputes between them in order to avoid the expense, delay, and uncertainty of continued litigation;

WHEREAS, pursuant to the settlement agreement and mutual release executed by the parties, the Tonic and Acme Studios have agreed, through their respective counsel, to dismiss with prejudice Acme Studio's Complaint against Tonic, and Tonic's Counterclaim against Acme Studios in this matter; each party to bear its own attorneys' fess and costs;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Acme Studios and Tonic, by and through their attorneys of record, that this entire action, including but not limited to the complaint, counterclaims, and all defenses asserted therein, be dismissed with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SO STIPULATED.

Dated: November___, 2006

LINER YANKELEVITZ
SUNSHINE & REGENSTREIF LLP

By: *Gregory Rutchik* (Digitally signed by Gregory Rutchik, DN: CN = Gregory Rutchik, C = US, Date: 2006.11.28 14:28:00 -08'00')
Gregory A. Rutchik
Attorneys for Defendant and
Counterclaimant
TONIC WEAR, INC.

Dated: November 28, 2006

LAW OFFICES OF ROBERT G. KLEIN

By: *[signature]*
Robert G. Klein
Attorneys for Plaintiff and
Counterdefendant
ACME STUDIOS, INC.

IT IS SO ORDERED

Nov 30, 2006

*[signature]*
US District Judge